AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>VINCENT EDWARD WRIGHT JR.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

**June 21, 2024**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

Case No.

3:24-MJ-568-BK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 18, 2024 and June 20, 2024   in the county of   Dallas   in the

Northern   District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of a Controlled Substance with the Intent to Distribute. |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Brendan T. Cohn.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brendan T. Cohn, ATF, SA
_____
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date:   June 21, 2024

_____
*Judge's signature*

City and state:   Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
_____
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST VINCENT EDWARD WRIGHT**</u>

I, Brendan T. Cohn, being duly sworn, depose and state as follows:

<u>**INTRODUCTION AND AGENT BACKGROUND**</u>

1.      I have been employed with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") as a Special Agent ("SA") since January of 2020.  As an ATF SA, I am a federal law enforcement officer within the meaning of 18 U.S.C. § 2510(7) and Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant and to make arrests for offenses enumerated in 18 U.S.C. § 2516.  I have attended formal training at the ATF National Academy for firearm and narcotics-related investigations, including the issuance and execution of search and arrest warrants, utilization of cooperating individuals, firearms identification, firearms trafficking, and narcotics trafficking.

2.      As an ATF SA, I am currently assigned to the ATF Dallas Group IV to investigate violations of federal law, including federal firearms, violent crime, and narcotics laws.  Prior to being employed with the ATF, I was a police officer with the Prince William County Police Department in Prince William County, Virginia, for over five years.

<u>**BACKGROUND**</u>

3.      I believe that a probable cause basis exists that on or about March 18, 2024, and on or about June 20, 2024, in the Dallas Division of the Northern District of Texas,

**Affidavit in Support of Criminal Complaint—Page 1**

defendant, **VINCENT EDWARD WRIGHT JR.** ("**WRIGHT**"), committed violations of 21 U.S.C. § 841(a)(1) (Possession of a Controlled Substance with the Intent to Distribute).

4.      My knowledge of the facts alleged in this affidavit arise from my personal participation and observations in this investigation, my interviews of informants, and use of informants.  Since this affidavit is limited to establishing probable cause, I have not included every fact known to me and other investigators.

## PROBABLE CAUSE

### I.  Investigation Background:

5.      Since October 2023, both the Duncanville Police Department and ATF have been involved in a narcotics and firearms trafficking investigation. The investigation began when an arrested person connected to a December 2023 fentanyl-overdose death investigation identified an individual, known by his alias "Merv," as a narcotics distributor associated with a trap-house on Creek View Drive, Dallas, Texas.

6.      The August 2023 execution of a state search warrant at the trap-house location led to confirmation from additional detained individuals that "Merv" supplied that location with narcotics daily and had illicit drug proceeds obtained from transactions conducted at that residence remitted to him.  Law enforcement exploitation of a cellular device associated with the detained individuals at the search location led to the identification of contact information associated with "Merv" along with an Instagram account.  Both a Duncanville PD and ATF analysis identified Instagram photographs

and/or videos depicting "Merv" posing with suspected controlled substances, firearms, and large quantities of United States currency.

7.      As part of ATF's analysis of "Merv's" Instagram activities, I noticed that "Merv's" account would link to a second account that further linked to a Telegram chat.[1] When accessing the Telegram chat link, I observed multiples images of what appeared, based on my training and experience, to be controlled substances including but not limited to: 1) Adderall; 2) psilocybin/psilocin mushrooms; 3) multiple strands of marijuana; and 4) Ecstasy tablets.  Furthermore, I observed an image titled "Menu," which included the price for a variety of different narcotics.  Based on my training and experience I know that individuals who utilize social media and communication applications, such as Instagram and Telegram, for the purpose of advertising the sale of illicit goods, the facilitating of meetings, and the coordination with coconspirators, commonly utilize portable devices, such as cellular devices or tablets, in furtherance of their drug and/or firearm trafficking activities.

8.      At Agents' direction, an ATF Confidential Source 1 ("CS") engaged in conversation with the user of the second Instagram account via Instagram messenger concerning an Instagram story depicting suspected marijuana for sale.[2]  The conversation

---

[1] In April 2024, I observed Instagram stories shared by "Merv's" Instagram account and the second account depicting the same or similar images at the approximate same time, again indicating the users of the aforementioned accounts are persons working in conjunction with each other.

[2] CS-1 has been a CS since January 2024 and is assisting the ATF for judicial consideration. The CS's information was independently corroborated by investigators to the best of their abilities. More specifically, investigators observed multiple Instagram stories advertising the sale of suspected Marijuana by the second Instagram account, to include the story the CS responded too. The CI friended the second Instagram account and responded to their story at the direction of investigators. Furthermore, the CS provided investigators screenshot images of the Instagram and text message conversation so investigators could monitor the communication. Based on this information I believe

**Affidavit in Support of Criminal Complaint—Page 3**

transitioned from the Instagram messenger to traditional text communications messages with investigators able to obtain a phone number for the user of the second Instagram account.  On March 18, 2024, a Controlled Source 2 (CS 2)[3] and an ATF undercover agent ("UC") traveled to the parking lot area of a Fort Worth Avenue, Dallas, Texas, apartment for the purpose of purchasing controlled substances from the user of the second Instagram account. Ultimately, gram quantities of marijuana and 5 pills that later laboratory tested positive for the presence of fentanyl, were purchased from "Merv's" associate, later identified to be **VINCENT EDWARD WRIGHT JR.**[4]

### June 2024 Search Warrant

9.     Between May 2024, and June 2024, ATF UCs completed multiple controlled sale purchases from "Merv", some of which transpired at the Fort Worth Avenue apartment location.  On June 18, 2024, the Honorable Renee Toliver, United States Magistrate Judge for the Northern District of Texas (Dallas Division), issued a search warrant for the Fort Worth Avenue apartment location.

10.        On June 20, 2024, ATF executed the federal search warrant at the Fort Worth Avenue apartment location. While agents conducted a knock and announce,

---

the CS to be credible and reliable.

[3] CS-2 has been cooperating since January 2024 and is assisting the ATF for judicial consideration. CS-2 previously provided information in an unrelated investigation which was determined to be credible and reliable. Furthermore, CS-2 showed investigators the text message conversation in real time so law enforcement could monitor the communication. Based on this information I believe CS-2 to be credible and reliable.

[4] Investigators identified **WRIGHT** via the vehicle **WRIGHT** operated during the March 18, 2024, narcotic sale. More specifically, **WRIGHT** was listed as an emergency contact for the registered owner of the vehicle. Investigators compared images obtained from a Facebook associated with **WRIGHT** with the electronic surveillance of the March 18, 2024, and determined **WRIGHT** to be the individual who sold the controlled substances to the ATF UC.

**Affidavit in Support of Criminal Complaint—Page 4**

investigators observed **WRIGHT** on the rear balcony in what appeared to be an attempt to evade law enforcement. Agents confronted **WRIGHT** and ordered **WRIGHT** back into the apartment. Ultimately, **WRIGHT** complied with the Agents' orders and was taken into custody inside the apartment.

11.    A search of the residence resulted in the recovery of multiple items of evidence, to include but not limited to, blue M30 tablets, suspected to be fentanyl, multi-colored tablets, suspected to be methamphetamine, a white powdery substance, suspected to be cocaine, what appeared to be psilocybin/psilocin mushrooms, digital scales, and packaging materials. A presumptive test of the white powdery substance yielded a positive result for cocaine. Moreover, two firearms were recovered in close proximity to the recovered controlled substances.

12.    During a post-Miranda interview of **WRIGHT**, **WRIGHT** stated "Merv" was previously robbed. **WRIGHT** confirmed that **WRIGHT** possessed one of the recovered guns for the purpose of protecting the drug trafficking operation. Moreover, **WRIGHT** stated he stayed at the Fort Worth Avenue apartment approximately two to three times a week since November 2023. During the times **WRIGHT** stayed at the Fort Worth Avenue location, "Merv" asked **WRIGHT** to deliver controlled substances to other locations and/or conduct sales at the Fort Worth Avenue location. More specifically, **WRIGHT** stated he would retrieve the controlled substances from the kitchen cabinets, where investigators subsequently recovered all of the controlled substances, which **WRIGHT** would later sell.

**Affidavit in Support of Criminal Complaint—Page 5**

## CONCLUSION

13.   Based on the facts set forth above, there is probable cause to believe that on or about March 18, 2024, and June 20, 2024, in the Dallas Division of the Northern District of Texas, defendant, **VINCENT EDWARD WRIGHT JR.**, committed violations of 21 U.S.C. § 841(a)(1) (Possession of a Controlled Substance with the Intent to Distribute).

_____
BRENDAN T. COHN
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES


Agent sworn and signature confirmed via reliable electronic means on June 21, 2024, pursuant to Fed. R. Crim. P. 4.1.

_____
HONORABLE RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS

**Affidavit in Support of Criminal Complaint—Page 6**